# EXHIBIT "B"

# FAX Cover Sheet

**PERSELS & ASSOCIATES, LLC**
A National Law Firm Dedicated to Consumer Rights
29 W. Susquehanna Avenue, 4th Floor
Towson, Maryland 21204
1-800-610-8240
Fax: 1-800-610-8295

Neil J. Ruther, licensed in MD
Leza Griffith, licensed in MD, DC
William Grafton, licensed in MS
Thomas Panuthos, licensed in NJ

Lisa Perrillo, licensed in NC, NY
Harold Stafford, licensed in WI
Heidi Saas, licensed in CT, NY

Jimmy Persels, Of Counsel
licensed in MD, MO, IL, DC

Date: March 16, 2011

To: RMS                    Fax Number: 1 (484) 242-1736

From: Persels & Associates (Debt Relief Advocacy Program for Seniors & Disable

Cover Page plus number of pages: 2

RE: Ismael Delgado-Fernandez
Acct: 3163.

Please find attached Cease & Desist.

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

**Fax Call Report**

HP Color LaserJet **CM4730 MFP Series**
Page 1

### Fax Header Information

Persels & Associates LLC
410-512-5501
Mar-16-2011 05:27 PM

| Fax Job | Date/Time | Type | Identification | Duration | Pgs | Result |
|---|---|---|---|---|---|---|
| 3783 | Mar-16-2011 05:25 PM | Send | 14842421736 | 0:56 | 2 | Success |

# PERSELS & ASSOCIATES, LLC
# PERSELS & ASSOCIATES, LLP (CA, MI)
# PERSELS & ASSOCIATES, PLLC (NC)

### A National Law Firm Dedicated to Consumer Rights

Neil Ruther, licensed in MD
Leza Griffith, licensed in MD, DC
William Grafton, licensed in MS, TX
Heidi Saus, licensed in CT, NY
Lisa Perrillo, licensed in NC, NY
Tom Panuthos, licensed in NJ
Charlene Daniel, licensed in IL, MD

Jimmy Persels, Of Counsel
Licensed in IL, MD

PERSELS & ASSOCIATES, LLC
29 W. SUSQUEHANNA AVENUE
SUITE 400
TOWSON, MD 21204

PHONE: 1-800-610-8240
FAX: 1-800-610-8295

RMS
PO Box 20867
Leigh Valley, PA 18002

January 25, 2011

Re: Ismael Delgado-Fernandez
Account No: Ending in 3163
Reference No: 79886245

To Whom It May Concern:

We have been retained by Mr. Delgado-Fernandez for the limited purpose of resolving their unsecured debt. Please update your records to reflect us as your sole contact, ceasing all further direct contact with our clients, pursuant to the Fair Debt Collections Practice Act, Title 15 U.S.C.

Please be advised that our clients are unable to repay this debt. Mr. Delgado-Fernandez's sole source of income is Social Security and/or other exempt income. Our clients do not have any assets that can be levied to pay their debts. Finally, our clients are unable to even raise funds to pay the bankruptcy fees.

Please consider writing off this debt, as any collection efforts will be futile. I am in possession of an affidavit signed by my clients verifying their financial situation if you need a copy.

If you have any questions, please do not hesitate to contact me. I look forward to your anticipated cooperation.

Persels & Associates, LLC,

Paralegal on behalf of Charlene Daniel